SILVANO B. MARCHESI (SBN 42965)
County Counsel
MONIKA L. COOPER (SBN 193729)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Electronic mail: mcoop@cc.cccounty.us

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIBBOLETH E. ADELL, JR.,<br><br>Plaintiff<br><br>v.<br><br>CONTRA COSTA COUNTY SHERIFF'S DEPUTY HAYES, CONTRA COSTA COUNTY SHERIFF'S DEPUTY SIBBITT, CONTRA COSTA COUNTY SHERIFF'S DEPUTY BURNS, FOOD SERVICE DIRECTOR JEFF VICKERS,<br><br>Defendants. | No. C 07 - 4258 SI (PR)<br><br>PROOF OF SERVICE ON ANSWER FOR DEFENDANTS HAYES, SIBBITT, BURNS AND VICKERS |

See attached.

---

PROOF OF SERVICE ON ANSWER FOR DEFENDANTS HAYES, SIBBITT, BURNS AND VICKERS
C 07 - 4258 SI (PR)                                                                                                    1

PROOF OF SERVICE
(Code Civ. Proc., §§ 1012, 1013a, 2015.5; Fed. Rules Civ.Proc., rule 5(b).)

Re:  *Sibboleth Adell, Jr. v. Vickers, et al.*
     **United States District Court No. C 07 - 4258 SI (PR)**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Office of the County Counsel, 651 Pine Street, 9th Floor, Martinez, CA 94553-1229. On February 26, 2008, I served the following document(s) by the method indicated below.

1.  ANSWER FOR DEFENDANTS HAYES, SIBBITT, BURNS AND VICKERS

☐ By transmitting via facsimile on this date from fax number (925) 335-1866 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct. 2003(3).

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Martinez, California addressed as set forth below. I am readily familiar with Office of County Counsel's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ By personally delivering the document(s) listed above to the person(s) and at the addresses listed below.

☐ By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

Sibboleth E. Adell, Jr.                     Plaintiff, In Pro Per
2007012452
5535 Giant Highway
Richmond, CA 94806

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on _Feb. 26, 2008_ at Martinez, California.

_Kathy O'Connell_
Kathy O'Connell

PROOF OF SERVICE ON ANSWER FOR DEFENDANTS HAYES, SIBBITT, BURNS AND VICKERS
C 07- 4258 SI (PR)

2