SILVANO B. MARCHESI (SBN 42965)
County Counsel
MONIKA L. COOPER (SBN 193729)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Electronic mail: mcoop@cc.cccounty.us

Attorneys for Defendants

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIBBOLETH E. ADELL, JR.,<br><br>Plaintiff<br><br>v.<br><br>CONTRA COSTA COUNTY SHERIFF'S DEPUTY HAYES, CONTRA COSTA COUNTY SHERIFF'S DEPUTY SIBBITT, CONTRA COSTA COUNTY SHERIFF'S DEPUTY BURNS, FOOD SERVICE DIRECTOR JEFF VICKERS,<br><br>Defendants. | No. C 07 - 4258 SI (PR)<br><br>DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXTEND THE TIME FOR FILING DISPOSITIVE MOTION; DECLARATION OF COUNSEL IN SUPPORT THEREOF<br><br>[Local Rules 6-3] |

TO PLAINTIFF SIBBOLETH E. ADELL, JR., who is acting as his own attorney in this action:

PLEASE TAKE NOTICE that at a date and time to be set by the above court, or if no hearing is ordered, by this notice of motion and motion, defendants Hayes, Sibbitt, Burns and Jeff Vickers, jointly and severally, will move the court for an order extending the time in which said defendants may either move for summary judgment or file a notice that no such motion will be filed. The motion deadline is currently set for March 28, 2008, pursuant to the court's January 18, 2008 Order of Service. Defendants seek an extension to May 16, 2008. This request would extend the deadline 49 days.

Defendants make this motion on each and all of the following grounds, which demonstrate good cause for an order granting the motion:

1. This court's order of service, filed in this action January 18, 2008, directed defendants to file a motion for summary judgment or other dispositive motion no later than March 28, 2008. No extensions of that time have previously been sought or granted.

2. Plaintiff was housed at the West County Detention Facility at the time he filed the complaint in this action. Counsel is informed and believes, however, that plaintiff was released on November 13, 2007 to the Delancy Street program in San Francisco. Defendants do not know if plaintiff is currently enrolled in the program. Plaintiff has not filed a change of address notification with the court.

3. In view of the nature of this case and not knowing where plaintiff currently resides, defendants did not attempt to obtain a stipulation to an extension of time. The current deadline is only 21 days away, and by the time defendants locate plaintiff to sign a stipulation, if he is agreeable, the deadline may have passed.

4. Defendants must also take plaintiff's deposition before they will be in a position to evaluate the merits of any potential motion for summary judgment. Because plaintiff's whereabouts are currently unknown, defendants do not know how soon they will be able to depose plaintiff.

5. Defendants' counsel also has two summary judgment motions due at the end of March, one in federal court and one in state court.

6. Based on the above, defendants move for an order extending time for filing of a summary judgment motion or notice that none will be filed to May 16, 2008.

This motion is supported by this Notice of Motion and Motion and Declaration of Monika L. Cooper, all the papers and records on file in this action, and any other such oral or documentary matter as may be submitted at or before any hearing or decision without hearing in the matter.

DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXTEND THE TIME FOR FILING DISPOSITIVE MOTION; DECLARATION OF COUNSEL IN SUPPORT THEREOF
C 07 - 4258 SI (PR)

2

| | |
|---|---|
| DATED: March 7, 2008 | SILVANO B. MARCHESI<br>COUNTY COUNSEL |
| | By: _/s/ Monika L. Cooper_<br>MONIKA L. COOPER<br>Deputy County Counsel<br>Attorneys for Defendants |

### DECLARATION OF COUNSEL

I, Monika L. Cooper, declare I am over the age of eighteen and a resident of the State of California. I am a member of the State Bar of California in active practice, a member of the bar of this court in good standing, Deputy County Counsel for Contra Costa County, and one of the attorneys for the defendants herein. I have personal knowledge of all factual matters recited above in this DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXTEND THE TIME FOR FILING DISPOSITIVE MOTION; DECLARATION OF COUNSEL IN SUPPORT THEREOF, except as to the matters which are stated upon information and belief, and, as to those matters, I believe them to be true.

I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed on March 7, 2008 in Martinez, California.

_/s/ Monika L. Cooper_
Monika L. Cooper

DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXTEND THE TIME FOR FILING DISPOSITIVE MOTION; DECLARATION OF COUNSEL IN SUPPORT THEREOF
C 07 - 4258 SI (PR)

3

PROOF OF SERVICE
(Code Civ. Proc., §§ 1012, 1013a, 2015.5; Fed. Rules Civ.Proc., rule 5(b).)

Re: *Sibboleth Adell, Jr. v. Vickers, et al.*
United States District Court No. C 07 - 4258 SI (PR)

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Office of the County Counsel, 651 Pine Street, 9th Floor, Martinez, CA 94553-1229. On March 7, 2008, I served the following document(s) by the method indicated below.

1. DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXTEND THE TIME FOR FILING DISPOSITIVE MOTION; DECLARATION OF COUNSEL IN SUPPORT THEREOF

☐ By transmitting via facsimile on this date from fax number (925) 335-1866 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct. 2003(3).

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Martinez, California addressed as set forth below. I am readily familiar with Office of County Counsel's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ By personally delivering the document(s) listed above to the person(s) and at the addresses listed below.

☐ By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

PROOF OF SERVICE

| | |
|---|---|
| Sibboleth E. Adell, Jr.<br>2007012452<br>5535 Giant Highway<br>Richmond, CA 94806 | Plaintiff, In Pro Per |
| Sibboleth E. Adell, Jr.<br>c/o Delancey Street San Francisco<br>600 Embarcadero<br>San Francisco, CA 94107 | Plaintiff, In Pro Per |
| Sibboleth E. Adell, Jr.<br>2456 Frances Street<br>Oakland, CA 94601 | Plaintiff, In Pro Per |

I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on March 7, 2008 at Martinez, California.

*(signed)* Paula Webb
PAULA WEBB

I:\TORT\CASES\08-2007\PLEADINGS\PRF.WPD

PROOF OF SERVICE