```
1  SILVANO B. MARCHESI (SBN 42965)
   County Counsel
2  MONIKA L. COOPER (SBN 193729)
   Deputy County Counsel
3  COUNTY OF CONTRA COSTA
   651 Pine Street, 9th Floor
4  Martinez, California 94553
   Telephone: (925) 335-1800
5  Facsimile:  (925) 335-1866
   Electronic mail: mcoop@cc.cccounty.us
6
   Attorneys for Defendants
7
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIBBOLETH E. ADELL, JR.,<br><br>Plaintiff<br><br>v.<br><br>CONTRA COSTA COUNTY SHERIFF'S DEPUTY HAYES, CONTRA COSTA COUNTY SHERIFF'S DEPUTY SIBBITT, CONTRA COSTA COUNTY SHERIFF'S DEPUTY BURNS, FOOD SERVICE DIRECTOR JEFF VICKERS,<br><br>Defendants. | No. C 07 - 4258 SI (PR)<br><br>(PROPOSED) ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXTEND TIME FOR FILING OF DISPOSITIVE MOTION<br><br>[Local Rules 6-3] |

    Good cause appearing from Defendants' Notice of Motion and Motion to Extend the Time for Filing Dispositive Motion and the declaration of counsel in support thereof,

    IT IS ORDERED said motion is GRANTED. The time in which defendants shall file a summary judgment motion or notice that none will be filed is extended from March 28, 2008 to May 16, 2008.

DATE:

                                                       Susan Illston
                                             United States District Judge

PROOF OF SERVICE
(Code Civ. Proc., §§ 1012, 1013a, 2015.5; Fed. Rules Civ.Proc., rule 5(b).)

Re:   *Sibboleth Adell, Jr. v. Vickers, et al.*
      **United States District Court No. C 07 - 4258 SI (PR)**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Office of the County Counsel, 651 Pine Street, 9th Floor, Martinez, CA 94553-1229. On March 7, 2008, I served the following document(s) by the method indicated below.

1. (PROPOSED) ORDER GRANTING DEFENDANTS' NOTICE OF MOTION AND MOTION TO EXTEND TIME FOR FILING DISPOSITIVE MOTION THEREOF

☐ By transmitting via facsimile on this date from fax number (925) 335-1866 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct. 2003(3).

☒ By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Martinez, California addressed as set forth below. I am readily familiar with Office of County Counsel's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

☐ By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

☐ By personally delivering the document(s) listed above to the person(s) and at the addresses listed below.

☐ By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

PROOF OF SERVICE

| | |
|---|---|
| Sibboleth E. Adell, Jr.<br>2007012452<br>5535 Giant Highway<br>Richmond, CA 94806 | Plaintiff, In Pro Per |
| Sibboleth E. Adell, Jr.<br>c/o Delancey Street San Francisco<br>600 Embarcadero<br>San Francisco, CA 94107 | Plaintiff, In Pro Per |
| Sibboleth E. Adell, Jr.<br>2456 Frances Street<br>Oakland, CA 94601 | Plaintiff, In Pro Per |

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on March 7, 2008 at Martinez, California.

*/s/ Paula Webb*
PAULA WEBB

I:\TORT\CASES\08-2007\PLEADINGS\PRF.WPD

PROOF OF SERVICE