SILVANO B. MARCHESI (SBN 42965)
County Counsel
MONIKA L. COOPER (SBN 193729)
Deputy County Counsel
COUNTY OF CONTRA COSTA
651 Pine Street, 9th Floor
Martinez, California 94553
Telephone: (925) 335-1800
Facsimile: (925) 335-1866
Electronic mail: mcoop@cc.cccounty.us

Attorneys for Defendants
Jeff Vickers and Contra Costa County Sheriff's Deputies
Hayes, Sibbitt, Burns

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIBBOLETH E. ADELL, JR.,<br><br>Plaintiff<br><br>v.<br><br>CONTRA COSTA COUNTY SHERIFF'S DEPUTY HAYES, CONTRA COSTA COUNTY SHERIFF'S DEPUTY SIBBITT, CONTRA COSTA COUNTY SHERIFF'S DEPUTY BURNS, FOOD SERVICE DIRECTOR JEFF VICKERS,<br><br>Defendants. | No. C 07 - 4258 SI (PR)<br><br>DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION TO EXTEND THE TIME FOR FILING DISPOSITIVE MOTION; DECLARATION OF COUNSEL IN SUPPORT THEREOF<br><br>[Local Rules 6-3] |

TO PLAINTIFF SIBBOLETH E. ADELL, JR., who is acting as his own attorney in this action:

PLEASE TAKE NOTICE that at a date and time to be set by the above Court, or if no hearing is ordered, by this amended notice of motion and motion, defendants Hayes, Sibbitt, Burns and Jeff Vickers, jointly and severally, will move the Court for an order extending the time in which said defendants may either move for summary judgment or file a notice that no such motion will be filed. The motion deadline is currently set for March 28, 2008, pursuant to the Court's January 18, 2008 Order of Service. Based on new information, defendants seek

---

DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION TO EXTEND THE
TIME FOR FILING DISPOSITIVE MOTION; DECLARATION OF COUNSEL IN
SUPPORT THEREOF
C 07 - 4258 SI (PR)                                                                                              1

an extension to a date to be set by the Court, or other action that the Court finds appropriate.

Defendants make this amended motion on each and all of the following grounds, which demonstrate good cause for an order granting the motion:

1. This Court's order of service, filed in this action January 18, 2008, directed defendants to file a motion for summary judgment or other dispositive motion no later than March 28, 2008. The only extension of time requested was the original motion, filed March 7, 2008, on which the Court has not yet ruled. New information has caused defendants to file this amended motion.

2. Plaintiff was housed at the West County Detention Facility ("WCDF") at the time he filed the complaint in this action. Counsel was informed and believed that plaintiff was released on November 13, 2007 to the Delancy Street program in San Francisco. Further, the answer defendants served on plaintiff at the WCDF was returned as "not in custody."

3. On or about March 7, 2008, defendants served plaintiff with a letter and documents to both the Delancy Street program in San Francisco as well as the out of custody address plaintiff listed on his complaint, 2456 Frances Street, Oakland, CA 94601. On or about March 12, 2008, the documents served to Delancy Street in San Francisco were returned with a notation that plaintiff was located at the Delancy Street program in Los Angeles.

4. On or about March 14, 2008, defendants served plaintiff with a letter and documents to the Delancy Street address in Los Angeles, 400 North Vermont, Los Angeles, CA 90004, hoping to finally find defendant and arrange for a deposition.

5. On March 18, 2008, defendants' counsel received a telephone call from Jonathan Hill with the Delancy Street Foundation in Los Angeles. Mr. Hill informed counsel that plaintiff was in the program, but would not be able to participate in any lawsuit as long as he was in the program. Counsel explained that Mr. Adell was the plaintiff in the lawsuit. Mr. Hill said that plaintiff understood the terms of his treatment, and that his release date was November 13, 2009, over a year and a half away.

6. Based on the above, defendants move for an order extending time for filing of a

1  summary judgment motion or notice that none will be filed to a date determined by the Court,
2  or some other action that the Court finds appropriate.
3      This motion is supported by this Notice of Motion and Motion and Declaration of
4  Monika L. Cooper, all the papers and records on file in this action, and any other such oral or
5  documentary matter as may be submitted at or before any hearing or decision without hearing
6  in the matter.

DATED: March 19, 2008                    SILVANO B. MARCHESI
                                         COUNTY COUNSEL

                                         By: /s/ Monika L Cooper
                                         MONIKA L. COOPER
                                         Deputy County Counsel
                                         Attorneys for Defendants
                                         Jeff Vickers and Contra Costa County
                                         Sheriff's Deputies Hayes, Sibbitt,
                                         Burns

DECLARATION OF COUNSEL

I, Monika L. Cooper, declare:

   1. I am over the age of eighteen and a resident of the State of California. I am a member of the State Bar of California in active practice, a member of the bar of this Court in good standing, Deputy County Counsel for Contra Costa County, and one of the attorneys for the defendants herein.

   2. I have personal knowledge of all factual matters recited above in DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION TO EXTEND THE TIME FOR FILING DISPOSITIVE MOTION; DECLARATION OF COUNSEL IN SUPPORT THEREOF, except as to the matters which are stated upon information and belief, and, as to those matters,

1  I believe them to be true.

2      3. I was informed and believe that plaintiff was released from the West County Detention Facility ("WCDF") on November 13, 2007 to the Delancy Street program in San Francisco. On or about March 6, 2007, the answer defendants served on plaintiff at the WCDF was returned as "not in custody."

    4. On or about March 7, 2008, I caused plaintiff to again be served with a letter from me as well as the answer and motion documents. The documents were served to both the Delancy Street program in San Francisco and the out of custody address plaintiff listed on his complaint, 2456 Frances Street, Oakland, CA 94601. On or about March 12, 2008, the documents served to Delancy Street in San Francisco were returned with a notation that plaintiff was located at the Delancy Street program in Los Angeles.

    5. On or about March 14, 2008, I caused the letter and documents to be re-served on plaintiff at the Delancy Street address in Los Angeles, 400 North Vermont, Los Angeles, CA 90004, hoping to finally find defendant and arrange for his deposition.

    6. On March 18, 2008, I received a telephone call from Jonathan Hill with the Delancy Street Foundation in Los Angeles. Mr. Hill informed me that plaintiff was in the program, but would not be able to participate in any lawsuit as long as he was in the program. I explained that Mr. Adell was the plaintiff in the lawsuit. Mr. Hill said that plaintiff understood the terms of his treatment and that his release date was not until November 13, 2009.

    I declare under penalty of perjury under the laws of the United States and the State of California that the foregoing is true and correct, and that this declaration is executed on March 19, 2008 in Martinez, California.

*/s/ Monika L. Cooper*
Monika L. Cooper

PROOF OF SERVICE
(Code Civ. Proc., §§ 1012, 1013a, 2015.5; Fed. Rules Civ.Proc., rule 5(b).)

*Re: Sibboleth Adell, Jr. v. Vickers, et al.*
**United States District Court No. C 07 - 4258 SI (PR)**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is Office of the County Counsel, 651 Pine Street, 9th Floor, Martinez, CA 94553-1229. On March 19, 2008, I served the following document(s) by the method indicated below.

1. DEFENDANTS' AMENDED NOTICE OF MOTION AND MOTION TO EXTEND THE TIME FOR DISPOSITIVE MOTION; DECLARATION OF COUNSEL IN SUPPORT THEREOF

[ ] By transmitting via facsimile on this date from fax number (925) 335-1866 the document(s) listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct. 2003(3).

[X] By placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Martinez, California addressed as set forth below. I am readily familiar with Office of County Counsel's practice of collection and processing of correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid in the ordinary course of business.

[ ] By placing the document(s) listed above in a sealed envelope(s) and by causing personal delivery of the envelope(s) to the person(s) at the address(es) set forth below. A signed proof of service by the process server or delivery service will be filed shortly.

[ ] By personally delivering the document(s) listed above to the person(s) and at the addresses listed below.

[ ] By placing the document(s) listed above in a sealed envelope(s) and consigning it to an express mail service for guaranteed delivery on the next business day following the date of consignment to the address(es) set forth below. A copy of the consignment slip is attached to this proof of service.

PROOF OF SERVICE

Sibboleth E. Adell, Jr.                          Plaintiff, In Pro Per
2456 Frances Street
Oakland, CA 94601

Sibboleth E. Adell, Jr.                          Plaintiff, In Pro Per
c/o Delancy Street Foundation
400 North Vermont
Los Angeles, CA 90004

    I declare under penalty of perjury under the laws of the State of California and the United States of America that the above is true and correct. Executed on March 7, 2008 at Martinez, California.

*[Signature: Paula Webb]*
PAULA WEBB

I:\TORT\CASES\08-2007\PLEADINGS\PRF.WPD

PROOF OF SERVICE