UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

SIBBOTH E. ADELL,

        Plaintiff,

v.

JEFF VICKERS et al,

        Defendant.
                                /

Case Number: CV07-04258 SI

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on April 2, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Sibboleth E. Adell 2007012452
5535 Giant Hwy.
Richmond, CA 94806

Dated: April 2, 2008

Richard W. Wieking, Clerk
By: Tracy Sutton, Deputy Clerk