UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIBBOLETH E. ADELL, JR., | No. C 07-4258 SI (pr) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| JEFF VICKERS, food service cook; et al., | |
| Defendants. | |

The court issued an order to show cause why this action should not be dismissed for failure to prosecute and failure to keep the court informed of plaintiff's address. Plaintiff did not respond to the order to show cause and the deadline by which to do so has passed. Accordingly, this action is dismissed because plaintiff failed to prosecute it and failed to keep the court informed of his current address. See Fed. R. Civ. P. 41(b); N. D. Cal. Local Rule 3-11. The clerk shall close the file.

IT IS SO ORDERED.

Dated: May 8, 2008

_____
SUSAN ILLSTON
United States District Judge