UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SIBBOLETH E. ADELL, JR., | No. C 07-4258 SI (pr) |
| Plaintiff, | **JUDGMENT** |
| v. | |
| JEFF VICKERS, food service cook; et al., | |
| Defendants. | |

This action is dismissed because plaintiff failed to prosecute it and failed to keep the court informed of his current address.

IT IS SO ORDERED AND ADJUDGED.

Dated: May 8, 2008

_____
SUSAN ILLSTON
United States District Judge