OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE $300

Sibboleth E. Adell 2007012452
5535 Giant Hwy.
Richmond, CA 94806

NIXIE      945      4C   1          30   05/18/08
           RETURN TO SENDER
           UNCLAIMED
           UNABLE TO FORWARD

BC: 94102366199          *0440-01563-09-41

RETURN TO SENDER
WEST CO. DETENTION
CONTRABAND NOT ACCEPTED
POLAROIDS, STICKERS, NEWSPAPER
CLIPPINGS, LIPSTICK, UNKNOWN STAINS

FILED
MAY 19 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ATES DISTRICT COURT
DISTRICT OF CALIFORNIA

No. C 07-4258 SI (pr)

**JUDGMENT**

FILED
MAY 20 2008
RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

plaintiff failed to prosecute it and failed to keep the court

JUDGED.

SUSAN ILLSTON
United States District Judge

27
28