[Envelope imagery with return address stamps and postal markings]

OFFICE OF THE CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
450 GOLDEN GATE AVENUE
SAN FRANCISCO, CALIFORNIA 94102

OFFICIAL BUSINESS
PENALTY FOR PRIVATE USE, $300

FILED
MAY 20 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Sibboleth T. Axtell 200701245
5535 Giant Hwy.
Richmond, CA 94806

NIXIE  945  DC 1   00  05/18/08
RETURN TO SENDER
UNCLAIMED
UNABLE TO FORWARD

BC: 94102948999   *1840-05178-12-30

---

FILED
MAY 19 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

[UNITED ]TATES DISTRICT COURT

[NORTHERN] DISTRICT OF CALIFORNIA

No. C 07-4258 SI (pr)

**JUDGMENT**

5/8/08    23

[...] plaintiff failed to prosecute it and failed to keep the court [...]

[...] JUDGED.

_____
SUSAN ILLSTON
United States District Judge

28